**SO ORDERED.**

**SIGNED this 14th day of August, 2013.**



Robert E. Nugent
United States Chief Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

*Electronically Filed*

In re: JEFFREY WARREN GOERING　　　　　　　Case no.　11-10328-13
　　　　JAIME DIANE GOERING　　　　　　　　　　Chapter　13
　　　　　　　　　　　　　Debtor(s)

**AGREED ORDER OVERRULING TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE PLAN PAYMENTS**

**NOW, on August 14, 2013**, this case came before the Court on the Trustee's Motion to Dismiss for Failure to Make Plan Payments. Notice has been given as required by the Federal Rules of Bankruptcy Procedure. The Trustee appears in person or by counsel, and the Debtor(s) appear by counsel, Rick E Hodge Jr.

The parties advise the Court of the following settlement of the Trustee's Motion.

1. Through July, 2013 the debtor(s) have, or will have paid, $63,400.00 under the plan but a delinquency still exists. To cure the delinquency, the monthly plan payment shall be increased to $2,359.00, commencing with the August, 2013 plan payment, and continuing for 31 months, until a total of $136,500.00 has been paid.;

2. Payments to secured, priority and administrative creditors, if applicable, shall be paid in such amounts as are necessary to pay their claims in full within the remaining life of the plan; and,

OAGREED-MTD.DOC/DOC GEN/KAD/7/16/2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
In Re: Chapter 13, Case No. 11-10328-13
JEFFREY WARREN GOERING
JAIME DIANE GOERING
July 16, 2013
Page 2
AGREED ORDER OVERRULING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

**IT IS THEREFORE ORDERED**, upon the above agreed terms, the Trustee's Motion to Dismiss for Failure to Make Plan Payments is hereby overruled.

**IT IS SO ORDERED.**

# # #

Submitted:

*s/Laurie B. Williams*
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
(316) 267-1791


*s/ Rick E. Hodge*
Rick E Hodge Jr, S. Ct. #23740
Attorney for Debtor(s)
700 N Market
Wichita, Ks 67214-3518
(316)448-1028